UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN N ROUSE,

    Petitioner,

v.

DONALD HOLBROOK.

    Respondent.

CASE NO. C14-5791 RBL-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. The Motion to Set Aside the Findings [Dkt. #6] is **DENIED**.

3. The Clerk's Office is directed transfer this petition to the Ninth Circuit pursuant to Ninth Circuit Rule 22-3 (a) and to close the file.

4. The Clerk is directed to send a copy of this Order to petitioner, and to the Hon. J. Richard Creatura.

Dated this 24th day of November, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1